UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:10-cr-10-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| GARY SMITH, ) | ORDER SEALING DOCUMENT |
| ) | |
| Defendant, ) | |

The Court having reviewed the Stipulation to Continue Trial Date (#22) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk shall seal the Stipulation to Continue Trial Date (#22).

DATED this 8th day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge